**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

No. 98-6862

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CLAUDE JOSEPH GUAY; DANIEL GUAY,

Defendants - Appellants.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Jackson L. Kiser, Senior District Judge.  (CR-95-11-D)

―――――――――

Submitted:  March 23, 1999          Decided:  August 3, 1999

―――――――――

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Mark Timothy Williams, WILLIAMS, MORRISON, LIGHT & MOREAU, Danville, Virginia, for Appellants.  Robert P. Crouch, Jr., United States Attorney, Joseph W. H. Mott, Assistant United States Attorney, Steven Speakman, Third Year Law Intern, Roanoke, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Claude Joseph Guay and Daniel Guay appeal the district court's order denying their motion for a new trial. The motion was made following this court's earlier remand of the Guays' direct appeal to allow counsel for the Guays to examine a redacted U.S. Customs investigative report. We have reviewed the record and the district court's hearing on this matter and find no reversible error. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>